Gondephe, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/16/2017
```

AMARENDRA THUMMETI, Individually and on )
Behalf of All Others Similarly Situated, )
)
Plaintiff, )
)  Case No. 1:17-cv-4695 (PGG)
v. )
)
CENTURYLINK, INC., GLEN F. POST III )
and R. STEWART EWING JR., )
)
Defendants. )

**JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING VENUE UNDER 28 U.S.C. § 1404(a) TO THE MONROE DIVISON OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA**

All Parties in the above-captioned action – *i.e.*, Plaintiff Amarendra Thummeti ("Plaintiff") and Defendants CenturyLink, Inc., Glen F. Post, III and R. Stewart Ewing Jr. ("Defendants"; collectively with Plaintiff, the "Parties") – having met and conferred, submit the instant Joint Stipulation and [Proposed] Order Transferring Venue Under 28 U.S.C. § 1404(a) to the Monroe Division of the United States District Court for the Western District of Louisiana.[1]

WHEREAS, on June 21, 2017, Plaintiff initiated the above-captioned Action ("Action"), by filing a putative class action Complaint alleging that Defendants made false and misleading statements in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

---

[1] The Parties note that on August 9, 2017, this Court entered an Order transferring to the Western District of Louisiana another case – *Craig v. CenturyLink Inc., et al.*, 17-cv-4740 (PPG) – which asserted substantially similar allegations and causes of action as are asserted in the instant case. The parties in that case had stipulated and agreed to such transfer.

WHEREAS, CenturyLink, Inc.'s headquarters are located in Monroe, Louisiana, which is in the Western District of Louisiana;

WHEREAS, Defendant Post (CenturyLink's CEO at all relevant times), and Defendant Ewing (CenturyLink's CFO at all relevant times), are based in Monroe, Louisiana;

WHEREAS, other witnesses and documents that are likely to be relevant to this Action are located in Monroe, Louisiana;

WHEREAS, the Complaint does not assert that any of the allegedly misleading public statements were prepared, created, or issued in New York, and Plaintiff is not located in New York; and

WHEREAS, Plaintiff has consented to transfer this Action to the Western District of Louisiana, and Plaintiff and Defendants agree that transfer will serve the convenience of the Parties and witnesses, and interests of justice, pursuant to 28 U.S.C. §1404(a);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, subject to the approval of the Court, that:

1. This Action could have been brought in the United States District Court for the Western District of Louisiana, Monroe Division, and all of the Parties consent to this Action proceeding in such District; and

2. For the convenience of the Parties and witnesses, and in the interests of justice, this Action should be transferred to the Monroe Division of the United States District Court for the Western District of Louisiana pursuant to 28 U.S.C. §1404(a).

Dated: August 14, 2017

POMERANTZ LLP

*/s/*

J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
ahood@pomlaw.com

*Counsel for Plaintiff Amarendra Thummeti*

Respectfully submitted,

COOLEY LLP

*/s/*

George Anhang
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7855
Facsimile: (202) 842-7899
ganhang@cooley.com

*Counsel for Defendants CenturyLink, Inc.,
Glen F. Post III and R. Stewart Ewing Jr*

3

## ORDER

**GOOD CAUSE APPEARING**, this action is transferred to the Monroe Division of the United States District Court for the Western District of Louisiana, pursuant to 28 U.S.C. §1404(a). The Clerk of Court is requested to transfer the above-captioned Action and close it on the books of this Court.

IT IS SO ORDERED.

Dated: August 16, 2017

_____
Honorable Paul G. Gardephe
United States District Judge